# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EMESE SIMON, M.D., an individual; and FLORIDA REHABILITATION ASSOCIATES, PLLC, a Florida Limited Liability Company,

    Plaintiffs,

v.

ENCOMPASS HEALTH REHABILITATION HOSPITAL OF SARASOTA, LLC, a Delaware limited liability company, f/k/a HEALTHSOUTH REHABILITATION HOSPITAL OF SARASOTA, LLC, a Delaware limited liability company, f/k/a HEALTHSOUTH OF SARASOTA LIMITED PARTNERSHIP, an Alabama limited partnership d/b/a HealthSouth Rehabilitation Hospital of Sarasota; HEALTHSOUTH REAL PROPERTY HOLDING, LLC, a Delaware Limited Liability Company; and HEALTHSOUTH CORPORATION, a Delaware corporation, n/k/a ENCOMPASS HEALTH CORPORATION,

    Defendants.

Case No. 8:12-cv-236-T-33AEP

## **NOTICE OF APPEAL**

Notice is hereby given this 11th day of May, 2021, that Plaintiffs, Emese Simon, M.D. and Florida Rehabilitation Associates, PLLC ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Summary Judgment Order (Doc.# 253) of this Court entered on the 12th day of February, 2021, in favor of Defendants, Encompass Health Rehabilitation Hospital of Sarasota, LLC, HealthSouth Real Property Holdings, LLC and HealthSouth Corporation ("Defendants"), and against Plaintiffs; the final judgment titled Judgment in a Civil Case and entered on February 16, 2021 and entering judgment in favor of the Defendants (Doc.# 254); and the Court's Order denying Plaintiffs' Motion to Alter or Amend, or for Relief from, the Court's Summary Judgment Order and Final Judgment, entered by the Court on April 14, 2021 (Doc.# 265).

Plaintiffs request that the United States District Court Clerk serve notice of the filing of this Notice of Appeal in accordance with Rule 3(d) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

/s/  John S. Vento
MARIE TOMASSI
Florida Bar No. 772062
mtomassi@trenam.com
/slord@trenam.com
JOHN S. VENTO
Florida Bar No. 0329381
jvento@trenam.com /
jyarnall@trenam.com
TRENAM, KEMKER, SCHARF,
BARKIN, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite. 2700
Tampa, Florida 33602
Telephone: (813) 223-7474
Facsimile: (813) 229-6553
*Attorneys for Plaintiffs*
*Emese Simon, M.D., and Florida*
*Rehabilitation Associates, PLLC*

And

Robert A. Magnanini, Esq. *pro hac vice*
rmagnanini@stonemagnalaw.com
STONE & MAGNANINI, LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ  07922
Telephone:  973-218-1111
Facsimile: 973-218-1106
*Attorneys for Plaintiffs*
*Emese Simon, M.D., and Florida*
*Rehabilitation Associates, PLLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document has been furnished via CM/ECF delivery, which will send an e-mailed copy to counsel of record for the above-referenced matter this 11th day of May, 2021.

*/s/   John S. Vento*
*Attorneys for Plaintiffs*
*Emese Simon, M.D., and Florida*
*Rehabilitation Associates, PLLC*
*Admitted Pro Hac Vice*
